THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PANO CHURCHILL,<br><br>                         Plaintiff,<br><br>         v.<br><br>BRUCE HARRELL, *et al.*,<br><br>                         Defendants. | CASE NO. C23-1029-JCC<br><br>ORDER |

This matter comes before the Court on *sua sponte* pre-service section 1915(e)(2)(B) review of Plaintiff's complaint (Dkt. No. 6). The Court provided Plaintiff with 14 days to cure the deficiencies in the Complaint. (*Id*. at 2.) That time-period has now lapsed with the Plaintiff failing to file an amended complaint or to respond to the Court's order at all. Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), the Court DISMISSES Plaintiff's complaint (Dkt. No. 5) with prejudice and without leave to amend[1] for failure to state a claim. The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

//

//

---

[1] When doing so would be futile, leave to amend need not be provided. *Barahona v. Union Pac. R.R. Co.*, 881 F.3d 1122, 1134 (9th Cir. 2018).

1    DATED this 4th day of August 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-1029-JCC
PAGE - 2