THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PANO CHURCHILL,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRUCE HARRELL, *et al.*,<br><br>                    Defendants. | CASE NO. C23-1029-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for reconsideration and notice of change of address (Dkt. No. 12). Having thoroughly considered the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

On July 13, 2023, Plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The Court reviewed the record under the standards articulated in 28 U.S.C. § 1915(e)(2), construed the allegations of the complaint liberally (*see Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010)), and found that the complaint was deficient (Dkt. No. 6). Plaintiff was given until August 1, 2023 to file an amended complaint curing the defects and identifying a viable claim for relief. No amended complaint was filed by the deadline, and the case was thus dismissed. (*See* Dkt. Nos. 9, 10.)

Plaintiff has filed a motion for reconsideration (Dkt. No. 12) seeking an extension of the

time in which to file an amended complaint and asserting that he never received any communication from the Court due to an error in his mailing address. Indeed, the Court received notice that mail addressed to Plaintiff was returned as undeliverable. (*See* Dkt. Nos. 7, 8, 11.) Having shown good cause for an extension, Plaintiff's motion is GRANTED.

The Clerk is DIRECTED to reopen this case and renote the Order requiring Plaintiff to file an amended complaint (Dkt. No. 6) on the Court's calendar for consideration to October 10, 2023. The Clerk is further DIRECTED to mail a copy of this order and Docket Number 6 to Plaintiff's corrected mailing address at 9240 2nd Ave SW #C-224, Seattle, WA 98106.

DATED this 19th day of September 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE